1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH OZERSON, ) | No. CV 09-8824-R(CW) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| DAWN DAVISON(Warden), ) | |
| ) | |
| Respondent. ) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a de novo determination with respect to those portions of the Report and Recommendation to which objection has been made.

    **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:   April 14, 2011

_____
MANUEL L. REAL
United States District Judge

2