1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   ELIZABETH OZERSON,               )     No. CV 09-8824-R(CW)
                                       )
13                  Petitioner,        )     JUDGMENT
                                       )
14            v.                       )
                                       )
15   DAWN DAVISON(Warden),             )
                                       )
16                  Respondent.        )
                                       )
17   _____

18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19   denied and the action dismissed with prejudice.

20

21   DATED:   April 14, 2011

22

23                              _____
                                     MANUEL L. REAL
24                              United States District Judge

25

26

27

28

                                        1